UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAZVAN MIREA and DANIEL MIREA,

                Plaintiffs,

    -v.-

CENTENNIAL PROPERTIES NY INC. and STEVEN CROMAN,

                Defendants.

23 Civ. 769 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    On February 27, 2023, Defendant Centennial Properties NY Inc. ("Centennial") was served with the Summons and Complaint. See ECF No. 8. Pursuant to Federal Rule of Civil Procedure 12, Centennial was required to respond by March 20, 2023. See Fed. R. Civ. P. 12(a)(1)(A)(i). On April 10, 2023, after the deadline to respond to the Complaint had lapsed, Centennial filed an Answer. ECF No. 12. By **April 18, 2023**, Plaintiffs shall file a letter stating whether they consent to Centennial's filing of an untimely Answer.

    SO ORDERED.

Dated: April 11, 2023
       New York, New York

JENNIFER H. REARDEN
United States District Judge