J<small>EREMI</small> L. C<small>HLYINSKI</small>
JCHYLINSKI@GRSM.COM



A<small>TTORNEYS</small> A<small>T</small> L<small>AW</small>
O<small>NE</small> B<small>ATTERY</small> P<small>ARK</small> P<small>LAZA</small>
N<small>EW</small> Y<small>ORK</small>, N<small>EW</small> Y<small>ORK</small> 10004
P<small>HONE</small>: (917) 650-0050
F<small>AX</small>: (212) 269-5505
WWW.GORDONREES.COM

April 25, 2023

**B<small>Y</small> ECF**

Hon. Katharine H. Parker
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    **Re:**   **Mirea *et al* v. Centennial Properties NY Inc. *et al*.**
        **Case No. 1:23-CV-00769 (JHR) (KHP)**

Judge Parker:

  This firm represents Defendants Centennial Properties NY Inc. and Steven Croman in the above matter.  In compliance with Judge Jennifer H. Rearden's April 18, 2023 Order (Dkt. No. 15), we write on behalf of all parties to respectfully request a settlement conference with Your Honor.  The parties conferred and here offer June 5, 2023 – June 9, 2023.

  We thank Your Honor for your attention to this matter.

               Respectfully Submitted,

               *s/ Jeremi L. Chylinski.*
                Jeremi L. Chylinski, Esq.

cc: All counsel of record via ECF

1269565/67745152v.1