```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED:  07/18/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
  RAZVAN MIREA and DANIEL MIREA,

                                        Plaintiffs,                    **ORDER SCHEDULING TELEPHONE
                                                                       CONFERENCE**

                         -against-
CENTENNIAL PROPERTIES NY INC. and                                      **23-CV-769 (JHR)**
STEVEN CROMAN,

                                        Defendants.
----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

        This case has been referred to me for settlement purposes (docket no. 21).  A telephone

conference will be held on **Wednesday, September 27, 2023 at 4:30 p.m.** in advance of a

settlement conference.  The parties are directed to review Judge Parker's Individual Practices at

http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the

call.  Counsel for the parties are directed to call Judge Parker's Chambers court conference line

at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

                **SO ORDERED.**

Dated: July 18, 2023
        New York, New York

                                                        _____
                                                        KATHARINE H. PARKER
                                                        United States Magistrate Judge