USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/30/2024

Jeremi L. Chlyinski
jchylinski@grsm.com

**GORDON&REES**
**SCULLY MANSUKHANI**

Attorneys At Law
One Battery Park Plaza
New York, New York 10004
Phone: (917) 650-0050
Fax: (212) 269-5505
www.gordonrees.com

January 29, 2023

**By ECF**

Hon. Katharine H. Parker
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    **Mirea *et al* v. Centennial Properties NY Inc. *et al*.**
              **Case No. 1:23-CV-00769 (JHR) (KHP)**

Judge Parker:

    The undersigned represents Defendants Centennial Properties NY Inc. and Steven Croman in the above matter. We write on behalf of all parties to respectfully request Your Honor's consent to submit a revised Civil Case Management Plan And Scheduling Order. The reason for this request is that, as previously noted in the undersigned's October 4, 2023, October 27, 2023, November 14, 2023, and November 22, 2023 letters to the Court (Dkt. Nos. 25, 27, 33, and 36), the differences between counsel and Defendants, which have since been resolved, caused delay in discovery. The parties, therefore, respectfully request the Court's approval to submit a revised Civil Case Management Plan And Scheduling Order to get this case back on track.

    We thank Your Honor for your attention to this matter.

                                      Respectfully Submitted,

                                      *s/ Jeremi L. Chylinski.*
                                      Jeremi L. Chylinski, Esq.

cc: All counsel of record via ECF

---

Request GRANTED. The parties may submit a joint revised civil case management plan and proposed scheduling order by Tuesday, February 13, 2024.

**SO ORDERED:**

*Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

1/30/2024

1269565/67745152v.1