```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/06/2025
```

JEREMI L. CHLYINSKI
JCHYLINSKI@GRSM.COM

**GORDON&REES**
**SCULLY MANSUKHANI**

ATTORNEYS AT LAW
ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004
PHONE: (917) 650-0050
FAX: (212) 269-5505
WWW.GORDONREES.COM

May 6, 2025

**BY ECF**

Hon. Katharine H. Parker
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> **The Settlement Conference in this matter scheduled for May, 8, 2025 is hereby canceled. In its place a telephonic Case Management Conference is scheduled for Thursday, May, 8, 2025 at 10:00 a.m. The parties are directed to call Judge Parker's court conference line at the scheduled time. Please dial (646) 453-4442, ID: 943 088 029#**
>
> SO ORDERED:
> /s/ Katharine H. Parker
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE
> 05/06/2025

Re:   **Mirea *et al* v. Centennial Properties NY Inc. *et al*.**
      **Case No. 1:23-CV-00769 (JHR) (KHP)**

Judge Parker:

    The undersigned represents Defendants Centennial Properties NY Inc. and Steven Croman in this matter. We write with Plaintiffs' consent to respectfully request an adjournment to the May 8, 2025 in-person settlement conference and approval to file a motion to be relieved as counsel. The reasons for this request are two-fold. First, Defendants have once again stopped responding to counsel's emails and phone calls regarding the case and, more specifically, the conference. Second, Defendants have failed substantially to respond to counsel's invoices for legal services, thereby creating an unreasonable financial burden.

    Due to the above recurring issues, we respectfully request that the May 8 conference be adjourned to a date convenient for Your Honor to allow sufficient time for the undersigned to move to withdraw and for Defendants to obtain new counsel. This is Defendants' first request to adjourn the May 8, 2025 conference.

    We apologize to the Court, Plaintiffs, and Plaintiffs' counsel, and thank Your Honor for her attention to this matter.

Respectfully Submitted,

*s/ Jeremi L. Chylinski.*
Jeremi L. Chylinski, Esq.

cc: All counsel of record via ECF