UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

  RAZVAN MIREA and DANIEL MIREA,

                                              Plaintiffs,

                -against-

CENTENNIAL PROPERTIES NY INC. and
STEVEN CROMAN,

                                            Defendants.
-----------------------------------------------------------------X

POST-CONFERENCE ORDER

23-CV-769 (JHR) (KHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/8/2025

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      On May 8, 2025, the parties appeared before the undersigned for a case management conference. As discussed at the conference and set forth below:

      Counsel for Defendants shall file his Motion to Withdraw consistent with Local Civil Rule 1.4 **by May 16, 2025**.

      **SO ORDERED.**

Dated: May 8, 2025
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge