UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
  RAZVAN MIREA and DANIEL MIREA,

                                      Plaintiffs,

            -against-

CENTENNIAL PROPERTIES NY INC. and
STEVEN CROMAN,

                                   Defendants.
------------------------------------------------------------------X

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/29/2025**

**23-CV-769 (JHR) (KHP)**

**OPINION AND ORDER ON
MOTION TO COMPEL**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

Plaintiffs filed a motion pursuant to Federal Rule of Civil Procedure ("Rule") 37 to compel responses to their document requests and interrogatories and responses to their Rule 30(b)(6) deposition notice.

This case was commenced in January 2023. The start of discovery was delayed due to the parties' attempts to settle this matter. However, the Court ultimately set a discovery schedule and twice extended the deadline for the close of discovery due to delays caused by Defendants. Discovery is now set to close on October 18, 2025.

On June 3, 2025, Plaintiffs served document requests and interrogatories on Defendants. Additionally, Plaintiffs' counsel provided dates to Defendants' counsel for depositions. Defendants failed to provide responses after repeated attempts by Plaintiffs' counsel to obtain them. Accordingly, Plaintiffs sought permission to file a motion to compel. The Court granted the application and briefing on the instant motion ensued. The deadline for Defendants to respond to the motion to compel was August 22, 2025.

On August 22, 2025, Defendants' counsel wrote to the Court indicating that Defendants had informed them that they intended to retain new defense counsel. But, insofar as new defense counsel had not made an appearance, Defense counsel wrote to the Court to request a brief extension of time to August 26, 2025 for new defense counsel to respond to the motion to compel. The Court granted the request.

To date, no new counsel has appeared for Defendants. Nor have Defendants submitted any opposition to the motion to compel.

The Court has reviewed the discovery requests (which were submitted in connection with the instant motion) and finds that they seek information that is relevant and proportional to the needs of this case. Fed. R. Civ. P. 26(b)(1). Further, Defendants' failure to respond to Plaintiffs' document requests and interrogatories constitutes a waiver of any objection to them. *Sadowski v. Yeshiva World News, LLC*, No. 21-CV-7207, 2023 Dist. LEXIS 185446, at *3 (E.D.N.Y. Oct. 16, 2023); Fed. R. Civ. P. 33(b)(4). Accordingly, all objections are waived.

In light of the above, and Defendants' failure to timely oppose the instant motion, it is GRANTED. Defendants shall provide documents and responses to the interrogatories within two weeks of this Opinion and Order.

Under Rule 37, "the court must, after giving an opportunity to be heard, require the party whose conduct necessitated the motion, the party or attorney advising that conduct, or both to pay the movant's reasonable expenses incurred in making the motion, including attorneys' fees." Fed. R. Civ. P. 37(a)(5). Accordingly, Plaintiffs may file a motion for attorneys' fees and costs in connection with successfully moving to compel. Such motion shall be filed **by**

**September 26, 2025**.  Defendants shall have 14 days to respond.  Plaintiffs shall have 7 days to reply.

It is unclear whether current defense counsel will be making a motion to withdraw.  Any substitution of defense counsel must take place **no later than September 15, 2025**.  Alternatively, any motion to withdraw as defense counsel shall be filed **by September 15, 2025**.  Defendants are advised that a company cannot represent itself and must be represented by an attorney.

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 56.**

SO ORDERED.

Dated: August 29, 2025
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge