UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

  RAZVAN MIREA and DANIEL MIREA,

                                       Plaintiffs,

                  -against-

CENTENNIAL PROPERTIES NY INC. and
STEVEN CROMAN,

                                      Defendants.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/5/2025

POST-CONFERENCE ORDER

23-CV-769 (JHR) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On September 4, 2025, the parties appeared before the undersigned for a case management conference. As discussed at the conference and set forth below:

**By September 12, 2025**, the parties shall file their confirmed depositions schedules and a proposed briefing schedule on Motions for Summary Judgment. If the parties fail submit their confirmed deposition schedules, the Court will set the dates for depositions and the parties may be sanctioned for failure to appear on the Court-scheduled dates.

A case management conference in this matter is scheduled for **Tuesday, November 4, 2025 at 12:00 p.m.** in Courtroom 17A, United States Courthouse, 500 Pearl Street, New York, New York 10007.

      SO ORDERED.

Dated: September 5, 2025
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge