J<small>EREMI</small> L. C<small>HLYINSKI</small>
JCHYLINSKI@GRSM.COM



A<small>TTORNEYS</small> A<small>T</small> L<small>AW</small>
O<small>NE</small> B<small>ATTERY</small> P<small>ARK</small> P<small>LAZA</small>
N<small>EW</small> Y<small>ORK</small>, N<small>EW</small> Y<small>ORK</small> 10004
P<small>HONE</small>: (917) 650-0050
F<small>AX</small>: (212) 269-5505
WWW.GORDONREES.COM

October 17, 2025

**B**<small>Y</small> **ECF**

Hon. Katharine H. Parker
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:   **Mirea *et al* v. Centennial Properties NY Inc. *et al*.**
              **Case No. 1:23-CV-00769 (JHR) (KHP)**

Judge Parker:

      This firm represents Defendants Centennial Properties NY Inc. and Steven Croman in this matter. We write on behalf of all parties to respectfully inform the Court that the parties have reached a settlement in principal, subject to a mutually acceptable settlement agreement. The parties will now work together to draft that agreement for submission in compliance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

      Upon execution of the agreement and completion of specified conditions, the case will be dismissed in no more than sixty (60) days from this letter. The parties, therefore, respectfully request that the Court vacate all currently scheduled dates in this matter.

      We thank Your Honor for Your attention to this.

                                   Respectfully Submitted,

                                   *s/ Jeremi L. Chylinski.*
                                     Jeremi L. Chylinski, Esq.

cc: All counsel of record via ECF

1269565/67745152v.1