UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
RAZVAN MIREA AND DANIEL MIREA,                                     :
                                                                   :
                          Plaintiffs,                              :
                                                                   :          23-CV-00769 (JAV)
            -v-                                                    :
                                                                   :              ORDER
CENTENNIAL PROPERTIES NY INC. and STEVEN                           :
CROMAN,                                                            :
                                                                   :
                          Defendants.                             :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On February 20, 2026, the Court granted Plaintiffs' motion to reopen the instant action.

ECF No. 76.  Defendants were ordered to submit a status letter informing the Court of the status

of the settlement agreement by March 2, 2026.  *Id.*  To date, Defendants have not filed the joint

letter.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **April 21, 2026**.


            SO ORDERED.

Dated:  April 15, 2026                          _____
            New York, New York                          JEANNETTE A. VARGAS
                                                          United States District Judge