UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

RAZVAN MIREA and DANIEL MIREA,

                           Plaintiffs,

           -against-

CENTENNIAL PROPERTIES NY INC. and
STEVEN CROMAN,

                         Defendants.
-------------------------------------------------------------------X

**23-CV-769 (JHR) (KHP)**

**POST-CONFERENCE ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On April 30, 2026, the parties appeared before the undersigned for a pre-settlement conference. As discussed at the conference and set forth below:

Defendant, Steven Croman is directed to appear personally at the settlement conference scheduled for July 8, 2026 at 10:00am in Courtroom 17D, 500 Pearl Street, New York, NY 10007.  Any other representative with settlement approval authority for the corporate defendant is also required to appear at the scheduled conference.  Defendants are warned that failure to appear at the conference may result in sanctions including, but not limited to, default judgment being entered against them pursuant to Rule 55 of the Federal Rules of Civil Procedure. *See In re Orion HealthCorp, Inc.,* 95 F.4th 98, 104 (2d Cir. 2024) (holding that entry of default was appropriate based on the defendant's failure to respond or comply with the Court's orders).

**Counsel for Defendants is directed to serve a copy of this order on his clients.**

1

**SO ORDERED.**

Dated: April 30, 2026
    New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge