JEREMI L. CHLYINSKI
JCHYLINSKI@GRSM.COM

GORDON&REES
SCULLY MANSUKHANI

ATTORNEYS AT LAW
ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004
PHONE: (917) 650-0050
FAX: (212) 269-5505
WWW.GORDONREES.COM

July 7, 2026

**BY ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/07/2026

Hon. Katharine H. Parker
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re: Mirea *et al* v. Centennial Properties NY Inc. *et al*.**
**Case No. 1:23-CV-00769 (JHR) (KHP)**

Judge Parker:

The undersigned represents Defendants Centennial Properties NY Inc. and Steven Croman in the above matter. We write to request an adjournment to the July 8, 2026 settlement conference. The reason for this request is two-fold. First, we have been unable to speak with our client for more than two months despite numerous attempts via phone, email, and letter. Second, I had a boating accident yesterday on Lake Pleasant. A group of 20 year-olds were seemingly inebriated and t-boned my canoe with a pontoon boat. No idea how they didn't see me waving and screaming. In any event, I remained in the area to tend to my injuries and work with the police for a resolution. I was unable to contact opposing counsel for consent to this request prior to its filing and thank Your Honor for er attention to this matter.

Respectfully Submitted,

*s/ Jeremi L. Chylinski.*
Jeremi L. Chylinski, Esq.

cc: All counsel of record via ECF

**APPLICATION GRANTED: The settlement conference in this matter scheduled for Wednesday, July 8, 2026 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. is hereby rescheduled to Monday, September 28, 2026, at 10:00 a.m. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Updated pre-conference submissions must be received by the Court no later than September 21, 2026, by 5:00 p.m.**

**APPLICATION GRANTED**

Katharine H Parker
Hon. Katharine H. Parker, U.S.M.J. 07/07/2026