USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
RAZVAN MIREA and DANIEL MIREA,

Plaintiffs,

-against-

CENTENNIAL PROPERTIES NY INC. and
STEVEN CROMAN,

Defendants.
---------------------------------------------------------------X

**ORDER**

**23-CV-769 (JAV) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

This Court ordered the parties to be present for a settlement conference today. Defendants and their counsel failed to appear. Defense counsel sent a letter this morning to the Court that Defendants terminated their relationship with him after his numerous attempts to reach them in advance of today's conference. In light of the above, it is ORDERED: Plaintiffs may move for a default judgment against Defendants. Plaintiffs should follow Federal Rule of Civil Procedure 55 and applicable Local Rules in seeking such a judgment, including by requesting the issuance of a Certificate of Default. Separately, this Court finds that Defendants should be sanctioned for their conduct in this action, which includes failing to produce documents and discovery and violation of this court's order to be present today for a settlement conference. Plaintiffs may renew their motion under Federal Rule of Civil Procedure 37 at ECF 66 and also seek sanctions in the form of attorneys' fees and costs for defying this Court's order and failing to appear at today's conference. Any motion for such relief should be combined in a single motion and may incorporate by reference the filings at ECF 66—68.

**SO ORDERED.**

Dated: September 28, 2026
New York, New York

Katharine H Parker
_______________________________
KATHARINE H. PARKER
United States Magistrate Judge